IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CODEGEAR LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-563-RP |
| | § | |
| DELPHIX CORP., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On October 8, 2019, Plaintiff CodeGear LLC ("CodeGear") dismissed all claims in this case with prejudice by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 24). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Defendant Delphix Corp. has not served an answer or a motion for summary judgment. CodeGear's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all pending motions are **DENIED AS MOOT.**

**IT IS ORDERED** that each party bear its own costs.

**IT IS ORDERED** that the case is **CLOSED.**

**SIGNED** on October 9, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE